This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**BRENDA C. PRICE,**

Plaintiff-Appellant,

**v.**                                                                  **No. A-1-CA-36357**

**JP MORGAN CHASE, NA; CHASE HOME FINANCE; BANK OF AMERICA, NA; S&S FINANCIAL GROUP, LLC; LINDA SCHOLLER; and JEANIE SOULE-MEIHOUS,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF TAOS COUNTY**
**Jeff McElroy, District Judge**

Brenda C. Price
Taos, NM

Pro Se Appellant

Weinstein & Riley, P.S.
Jason Collis Bousliman
Albuquerque, NM

for Appellees

**MEMORANDUM OPINION**

**SUTIN, Judge.**

{1}     Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

{2}     AFFIRMED.

{3}     **IT IS SO ORDERED.**

_____
**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**

_____
**TIMOTHY L. GARCIA, Judge**

_____
**J. MILES HANISEE, Judge**